IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: DAVID F. & BARBARA J. OKRASINSKI  )
                                         )
JPMorgan Chase Bank, National            )
Association, successor by merger to      )
Chase Home Finance LLC,                  )
          Creditor,                      )
                                         )
   vs.                                   ) CASE NO. 10B29231
                                         ) JUDGE Manuel Barbosa
DAVID F. & BARBARA J. OKRASINSKI,        )
          Debtors                        )
```

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes JPMorgan Chase Bank, National Association, successor by merger to Chase Home Finance LLC, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the April 2011 contractual payment and all those thereafter.
2. The following is an itemization of the amounts due on the loan as of April 11, 2011:

   a. Attorney's Fees (Pending Fee Approval)          $250.00
   b. Payments (4/11- 6/11: 3 @ $1,441.16)          $4,323.48
   Total                                            $4,573.48

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice JPMorgan Chase Bank, National Association, successor by merger to Chase Home Finance LLC rights to collect these amounts will be unaffected.

                              Respectfully Submitted,
                              JPMorgan Chase Bank, National
                              Association, successor by merger
                              to Chase Home Finance LLC

                              /s/Toni Dillon
                              Toni Dillon ARDC#6289370

                              Pierce and Associates, P.C.
                              1 North Dearborn
                              Suite 1300
                              Chicago, Illinois 60602
                              (312)346-9088